UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:17-cv-1434-EFB P |
| Plaintiff, | |
| v. | ORDER |
| REDDY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an application for leave to proceed in forma pauperis, but has failed to properly respond to all of the questions asked therein.  Specifically, plaintiff failed to provide any details regarding the "gifts or inheritances" noted in his response to question number three.  Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis.  The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis and plaintiff shall complete and return the form within thirty (30) days.  Failure to comply with this order may result in dismissal of this action.

   So ordered.

DATED:  July 26, 2017.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE