UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr. | Case No. 2:17-cv-01434-KJM-JDP (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO TIMELY FILE AN ANSWER |
| v. | |
| REDDY, *et al*., | FOURTEEN-DAY DEADLINE |
| Defendants. | |

On September 17, 2020, the previously assigned magistrate judge ordered the claims against defendants Ortiz, Smith, and Reddy contained in the fifth amended complaint to proceed past screening and directed those defendants to file a responsive pleading within the time allotted by the Federal Rules of Civil Procedure. ECF No. 54. To date, defendants have neither filed an answer nor otherwise responded to the fifth amended complaint.

Accordingly, defendants are ordered to show cause, within fourteen days, why sanctions should not be imposed for their failure to comply with the September 17, 2020 order. ECF No. 54; *see* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."). Defendants shall also file a responsive pleading to the fifth amended complaint within fourteen days of the date of this order. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

1

IT IS SO ORDERED.


Dated:    November 17, 2020                       /s/ Jeremy Peterson
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE