UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr.<br><br>Plaintiff,<br><br>v.<br><br>REDDY, *et al*.,<br><br>Defendants. | Case No. 2:17-cv-01434-KJM-JDP (PC)<br><br>ORDER DISCHARGING THE NOVEMBER 17, 2020 ORDER TO SHOW CAUSE<br><br>ECF No. 61 |

For good cause shown in defendants' response, ECF No. 62, the court discharges its November 17, 2020 order to show cause, ECF No. 61.

IT IS SO ORDERED.

Dated:   December 1, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1