# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr. <br><br> Plaintiff, <br><br> v. <br><br> REDDY, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-01434-KJM-JDP (PC) <br><br> ORDER DISCHARGING THE NOVEMBER 17, 2020 ORDER TO SHOW CAUSE <br><br> ECF No. 60 |

For good cause shown in defendants' response, ECF No. 62, the court discharges its November 17, 2020 order to show cause, ECF No. 60.

IT IS SO ORDERED.

Dated:    December 1, 2020                  _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE