UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr., | Case No. 2:17-cv-01434-KJM-JDP (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO STAY CONSIDERATION OF ALL PENDING MOTIONS |
| v. | |
| REDDY, *et al.*, | ECF No. 95 |
| Defendants. | |

Defendants have filed a motion that asks the court to stay consideration of all pending motions and grant an extension to file a reply to plaintiff's opposition to their second motion to compel. ECF No. 95. Defendants explain that plaintiff has entered into settlement negotiations in *Coleman v. Newsom*, 2:90-cv-00520-KJM-DB (E.D. Cal.)—where plaintiff is an intervener—and that those negotiations are likely to resolve the claims in this case. *Id*. at 2. Defendants' motion will be granted, as modified below.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion, ECF No. 95, is granted.

2. This action is stayed pending further court order.

3. Defendants shall file a status report every thirty days advising the court of the status of plaintiff's settlement negotiations in *Coleman v. Newsom*, 2:90-cv-00520-KJM-DB (E.D. Cal.).

4. The deadline for defendants' to file a reply to plaintiff's opposition to their second

1

motion to compel, ECF No. 93, is vacated.  If settlement discussions do not resolve the claims in this action, the court will set a new date for defendants to file their reply.

IT IS SO ORDERED.

Dated:   May 5, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2