1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER LIPSEY, Jr.,                    Case No.  2:17-cv-01434-KJM-JDP (PC)

12                  Plaintiff,                   ORDER DIRECTING DEFENDANTS TO
                                                 FILE A STATUS REPORT EVERY SIXTY
13          v.                                   DAYS AND DENYING ALL PENDING
                                                 MOTIONS AS MOOT
14   REDDY, *et al.*,
                                                 ECF Nos. 85, 86, 87, & 93
15                  Defendants.

16

17          This action was previously stayed to allow plaintiff to engage in settlement negotiations in

18   *Coleman v. Newsom*, 2:90-cv-00520-KJM-DB (E.D. Cal.)—where plaintiff is an intervener—

19   that, according to defendants, were likely to resolve the claims in this case.  ECF No. 96; *see* ECF

20   No. 95.  On August 3, 2022, defendants notified the court that plaintiff reached a settlement

21   agreement in *Coleman* that resolved the claims in this case.  ECF No. 99.  Under the settlement

22   agreement, which has been approved by the *Coleman* court, plaintiff has agreed to voluntarily

23   dismiss the instant case upon receipt of payment from California Department of Corrections and

24   Rehabilitation ("CDCR").  *Coleman*, 2:90-cv-00520-KJM-DB, ECF No. 7597 at 7.

25          In light of the settlement reached in *Coleman*, it is hereby ORDERED that:

26          1.  Defendants shall file a status report every sixty days advising the court of the status of

27   CDCR's payment pursuant to plaintiff's settlement agreement in *Coleman v. Newsom*, 2:90-cv-

28   00520-KJM-DB (E.D. Cal.).

                                                  1

2.  All pending motions, ECF Nos. 85, 86, 87, and 93, are denied as moot.

IT IS SO ORDERED.

Dated:   August 4, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE